[S. F. No. 4883. In Bank.—April 20, 1908.]

In the Matter of the Estate of JOHN FLETCHER SIMS, Deceased.

INHERITANCE TAX—WIFE'S SHARE OF COMMUNITY PROPERTY SUBJECT TO. *Estate of Moffitt, ante,* p. 359, approved, to the effect that a wife's share of the community property is subject to the inheritance tax imposed by the act of March 20, 1905.

APPEAL from an order of the Superior Court of Alameda County directing payment of an inheritance tax. T. W. Harris, Judge.

The facts are stated in the opinion of the court.

Titus, Wright & Creed, and H. M. Wright, for Appellants.

U. S. Webb, Attorney-General, Snook & Church, and Everett J. Brown, for Respondent.

. THE COURT.—This case presents the same question as that in *Estate of Moffitt, ante,* p. 359, [95 Pac. 653], this day decided,—namely, whether a surviving wife's share of the community property is subject to the inheritance tax. The decision of the trial court was to the same effect in both cases. For the reasons given in *Estate of Moffitt,* the order and decree appealed from are affirmed.